Michael G. Ackerman, Esq. (SBN 64997)
Kevin B. Kevorkian, Esq. (SBN 130242)
ACKERMAN AND KEVORKIAN
2391 The Alameda, Suite 100
Santa Clara, CA 95050
Telephone: (408) 261-5800

Attorneys for Defendant,
HARRIET TASOFF, Trustee of the
TASOFF REVOCABLE TRUST

UNITED STATES DISTRICT COURT OF CALIFORNIA

FOR THE EASTERN DISTRICT

| | |
|---|---|
| RONALD S. WILSON, <br><br> Plaintiff, <br><br> vs. <br><br> JACK IN THE BOX INC., a Delaware corporation, KOBRA ASSOCIATES, INC., a California corporation, dba JACK IN THE BOX, HARRIET J. TASOFF, Trustee of the TASOFF REVOCABLE TRUST, and DOES ONE through FIFTY, inclusive <br><br> Defendants. | Case No.: 2:08-CV-2577- MCE-EFB <br><br> **STIPULATION TO SET ASIDE DEFAULT AND ORDER THEREON** |

COMES NOW, Plaintiff, Ronald S. Wilson, by and through is attorney, Jason K. Singleton, of the Singleton Law Group and Defendant, Jack In The Box Inc., through its attorney, Kevin B. Kevorkian, of Ackerman and Kevorkian, hereby stipulate that the default of Jack In The Box Inc. entered on January 6, 2009 shall be set aside and Jack In The Box Inc. shall file an answer to Plaintiff's complaint no later than February 9, 2009.

DATED: January ___, 2009                    SINGLETON LAW GROUP

                                            By: _____
                                            JASON K. SINGLETON, ESQ.
                                            Attorneys for Plaintiff,
                                            RONALD S. WILSON

- 1 -

**STIPULATION TO SET ASIDE DEFAULT AND
ORDER THEREON**                                            Case No.: 2:08-CV-2577- MCE-EFB

1 | DATED: January ___, 2009          ACKERMAN AND KEVORKIAN
2
3
4 | By: _____
    KEVIN B. KEVORKIAN, ESQ.
    Attorneys for Defendant,
5   JACK IN THE BOX INC.,

6 | **<u>ORDER</u>:**

7 | Pursuant to the stipulation above, and good cause appearing therefore, it is hereby
8 | ordered that the default of Jack In The Box Inc. entered on January 6, 2009 is set aside
9 | and further Jack In The Box Inc., shall have until February 9, 2009 to file an answer to
10 | Plaintiff's Complaint.

12 | Dated: February 6, 2009

14 | MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE