**Jason K. Singleton** State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX: 441-1533

Attorneys for Plaintiff, RONALD S. WILSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD S. WILSON, | Case No. 2:08-CV-2577 MCE EFB |
| Plaintiff, | AMENDED STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |
| v. | |
| JACK IN THE BOX, INC., a Delaware corporation, KOBRA ASSOCIATES, INC., a California corporation, dba JACK IN THE BOX, HARRIET J. TASOFF, Trustee of the TASOFF REVOCABLE TRUST, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Plaintiff **RONALD S. WILSON** and Defendants **JACK IN THE BOX, INC., KOBRA ASSOCIATES, INC.,** dba **JACK IN THE BOX, and HARRIET TASOFF, Trustee of the TASOFF REVOCABLE TRUST** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear attorney fees and costs as set forth in the Confidential Settlement Agreement.

///

PDF created with pdfFactory trial version www.pdffactory.com

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: August 10, 2009   /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **RONALD S. WILSON**

**ACKERMAN & KEVORKIAN**

Dated: August 11, 2009   /s/ Kevin B. Kevorkian
Kevin B. Kevorkian, Attorney for Defendants
**JACK IN THE BOX INC. and HARRIET TASOFF, Trustee of the TASOFF REVOCABLE TRUST**

Dated: August 11, 2009   /s/ Steve Colgate
Steve Colgate, Attorney for Defendant
**KOBRA ASSOCIATES, INC.**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Amended Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>WILSON v. JACK IN THE BOX INC., et al.</u>, Case Number 2:08-CV-2577 MCE EFB, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

IT IS SO ORDERED.

DATED: August 13, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION AND ORDER OF DISMISSAL        2        2:08-CV-2577 MCE EFB

PDF created with pdfFactory trial version www.pdffactory.com